# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE     )
                                 )
     v.               )      ID No. 1802017789
                                 )
ELIEZER ONGAY        )
                               )
     Defendant.     )

## ORDER

This 12th day of April 2023, upon consideration of the Defendant, Eliezer Ongay's ("Defendant"), *pro se* Motion for Level IV Sentence Modification (the "Motion"),[1] Defendant's prior record, the sentence imposed upon Defendant, and the record in this case, it appears to the Court that:

1. On November 26, 2018, Defendant was adjudged guilty of Possession of a Firearm By a Person Prohibited and Possession of Ammunition By a Person Prohibited and sentenced to 15 years at Level V, suspended after five years at Level V, for six months at Level IV Department of Corrections ("DOC") discretion, followed by 1 year at supervision Level III probation.[2]

2. On January 6, 2023, Defendant filed the instant Motion, seeking a suspension of the remaining Level IV portion of his sentence for Level III probation.[3]

---

[1] D.I. 28.
[2] D.I. 26.
[3] D.I. 28.

3.   On March 2, 2023, Defendant completed the Level IV portion of his sentence and began the Level III period of probation.[4]

4.   Because the Level IV portion of Defendant's sentence has already expired, the Court cannot issue an order that would further reduce that sentence.[5]

For the foregoing reasons, the Court finds that the Defendant's Motion for Level IV Modification of Sentence is **MOOT** and the Motion is hereby **SUMMARILY DISMISSED**.

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

Original to Prothonotary

Cc:   Eliezer Ongay (SBI # 00623347)
Department of Justice
Investigative Services

---

[4] D.I. 11, DOC Client Composite Inquiry, SBI No. 00623347.

[5] In addition, Defendant's Motion would have been summarily dismissed as a repetitive request for sentence modification, pursuant to Delaware Superior Court Criminal Rule 35(b), because it is Defendant's third such motion in this case. *See* Def.'s First Mot. Sentence Modification, April 28, 2020 (D.I. 15); *see also* Def.'s Second Mot. Sentence Modification, June 5, 2022 (D.I. 25).